■ TOWN OF UNION, Respondent, v FAINA EFROS, Appellant. [609 NYS2d 872] —Appeal from an order of the Supreme Court (Fischer, J.), entered February 19, 1993 in Broome County, which, *inter alia,* granted plaintiff's motion for summary judgment.

Order affirmed, upon the opinion of Justice Robert E. Fischer.

Cardona, P. J., Mikoll, White, Casey and Yesawich Jr., JJ., concur. Ordered that the order is affirmed, without costs.